UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. McPHERSON,<br>Plaintiff,<br>v.<br>WARDEN ARTHUR GUILLEN,<br>Defendants. | Case No.: 1:26-cv-07047-EGC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS FRIVOLOUS AND FOR PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER AND PRE-FILING RESTRICTIONS<br><br>Doc. 8 |

Plaintiff Michael B. McPherson is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 14, 2026, the assigned magistrate judge issued findings and recommendations, recommending this action be dismissed as frivolous and for plaintiff's failure to comply with pre-filing restrictions pursuant to a July 31, 2026 order declaring him to be a vexatious litigant. Doc. 8. Plaintiff timely filed objections. Doc. 10. Petitioner's objections reassert his claim that he is entitled to relief as "sovereign," "God," and "king," but they do not meaningfully address the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court reviewed this matter

de novo. Having carefully reviewed the file, including plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 14, 2026, Doc. 8, are adopted in full;
2. This action is DISMISSED, with prejudice, as frivolous, and for plaintiff's failure to comply with the pre-filing conditions applicable to him as a declared vexatious litigant;
3. The clerk of the court is directed to close this case and to terminate any pending deadlines or motions.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE